IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN GALLAGHER, PIAGET VENTUS, NICOLE ASCENSIO, IANOS ORTEGA, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RESTAURANT ASSOCIATION SOLUTIONS, LLC; NATIONAL RESTAURANT ASSOCIATION D/B/A SERVSAFE and other related entities and individuals,<br><br>Defendants. | Case No.: 1:23-cv-00435-LGS |

## **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Local Rule 7.1.1, Defendants National Restaurant Association Solutions, LLC and National Restaurant Association d/b/a ServSafe state as follows:

National Restaurant Association Solutions, LLC is an Illinois limited liability company, wholly owned by the National Restaurant Association.

National Restaurant Association is an Illinois not-for-profit corporation that does not issue stock.

ServSafe is a business activity that is conducted by National Restaurant Association Solutions, LLC.

Dated:  March 9, 2023

                */s/ Ronald W. Zdrojeski*
                Ronald W. Zdrojeski
                Amy R. Albanese

**EVERSHEDS SUTHERLAND (US) LLP**
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 389-5000
Facsimile:  (212) 389-5099
ronaldzdrojeski@eversheds-sutherland.com
amyalbanese@eversheds-sutherland.com

Lewis S. Wiener
**EVERSHEDS SUTHERLAND (US) LLP**
700 Sixth St NW
Washington, DC 20001
Telephone:  (202) 383-0100
Facsimile:  (202) 637-3593
lewiswiener@eversheds-sutherland.com

*Counsel for Defendants*