UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SEAN GALLAGHER, et al.,                                     :
                                    Plaintiffs,             :
                                                            :          23 Civ. 435 (LGS)
                -against-                                   :
                                                            :                 ORDER
NATIONAL RESTAURANT ASSOCIATION                             :
SOLUTIONS, et al.,                                          :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order issued March 31, 2023, scheduled a conference for April 26, 2023. On April 12, 2023, Defendants filed a pre-motion letter regarding an anticipated motion to compel arbitration. On April 19, 2023, Plaintiff filed a letter in response. It is hereby

    **ORDERED** that the April 26, 2023, conference is **CANCELLED**, as the parties' letters do not present any significant issues in need of discussion prior to the briefing of Defendants' motion. It is further

    **ORDERED** that Defendants' motion shall be briefed as follows:

- By **May 12, 2023**, Defendants shall file their motion, with a memorandum of law in support not to exceed twenty-five pages.
- By **June 2, 2023**, Plaintiffs shall file their opposition, not to exceed twenty-five pages.
- By **June 9, 2023**, Defendants shall file their reply, not to exceed eight pages.

The parties shall comply with the Court's Individual Rules regarding motions.

Dated: April 20, 2023
       New York, New York

                                                        LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE