EVERSHEDS SUTHERLAND

May 11, 2023

**Via ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square, Court Room 1106
New York, New York 10007

> Application **GRANTED IN PART**. The Order issued April 20, 2023, set a briefing schedule for Defendants' anticipated motion to compel arbitration. The parties' request for a stay of these deadlines is **GRANTED**. The parties' request for a stay of all discovery deadlines is **DENIED**. The Case Management Plan and Scheduling Order, issued March 31, 2023, states "The use of any alternative dispute resolution mechanism does not stay or modify any date in this order." The parties may request an extension of the deadline to complete discovery closer to that deadline. The parties are apprised that such extensions are only granted upon a showing of diligence in taking discovery. The parties' request to file a status letter regarding the status of mediation is **GRANTED.** The parties shall file a status letter regarding the progress of mediation and discovery on **May 26, 2023,** and every thirty days thereafter until the close of fact discovery. So Ordered.
>
> Dated: May 12, 2023
> New York, New York
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re: ***Gallagher et al v. National Restaurant Association Solutions, LLC et al***, Case No. 1:23-cv-00435 – Joint Letter regarding Mediation and Suspension of Deadlines

Dear Judge Schofield:

Defendants National Restaurant Association Solutions, LLC and National Restaurant Association d/b/a ServSafe, jointly with Plaintiffs Sean Gallagher, Piaget Ventus, Ianos Ortega and Nicole Ascencio, respectfully submit this letter to the Court requesting a stay of all discovery and briefing deadlines, including Defendants' motion to compel arbitration due this Friday, May 12, as the parties have agreed to mediate this matter.

The parties propose to file a status report with the Court in two weeks to advise the Court of the parties progress in selecting a mediator and to schedule mediation. The parties further propose to file joint status reports every 30 days, or at such an interval as the Court may order, updating the Court on the parties progress.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Lewis S. Wiener*

Lewis S. Wiener

*Counsel for Defendants*

Cc: Counsel of Record (via ECF)

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.