## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN GALLAGHER, PIAGET VENTUS, NICOLE ASCENSIO, IANOS ORTEGA, individually on behalf of all similarly situated individuals, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL RESTAURANT ASSOCIATION SOLUTIONS, LLC; NATIONAL RESTAURANT ASSOCIATION D/B/A SERVSAFE, and any other related entities and individuals <br><br> *Defendants*. | No. 1:23-cv-00435 (LGS) |

## NOTICE OF JOINT MOTION TO DISMISS WITH PREJUDICE THIS ACTION AS TO THE NAMED PLAINTIFFS

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and prior pleadings and proceedings in this action, Plaintiffs Sean Gallagher, Piaget Ventus, Nicole Ascensio and Ianos Ortega ("Named Plaintiffs") and Defendants National Restaurant Association Solutions, LLC, National Restaurant Association, and National Restaurant Association Solutions d/b/a ServSafe, will move this Court before the Honorable Lorna G. Schofield at the United States Courthouse, 40 Foley Square, New York, NY 10007, at a date and time to be set by the Court, for an order pursuant to Federal Rule of Civil Procedure 41(a)(2) converting the Court's dismissal of this case without prejudice, ECF No. 34, to a dismissal with prejudice as to the four Named Plaintiffs. Application **GRANTED**.  This action is dismissed with prejudice as to the four Named Plaintiffs.

Dated:  October 9, 2023

Dated: October 17, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

1